### 42865. RICHARD'S BUICK, INC. v. SEASE.

DEEN, Judge. The sustaining or overruling of a plea in abatement on the ground that there is another suit pending between the same parties on the same cause of action is not a final judgment from which an appeal can be taken. *Almon v. R. H. Macy & Co.*, 103 Ga. App. 372 (119 SE2d 140); *Scarborough v. Portress*, 111 Ga. App. 875 (143 SE2d 555). Nothing in *Code Ann.* § 6-701 (Ga. L. 1965, p. 18) operates to change this rule. The appeal must accordingly be

*Dismissed. Jordan, P. J., and Quillian, J., concur.*

ARGUED JUNE 8, 1967—DECIDED JUNE 20, 1967—
REHEARING DENIED JULY 26, 1967—

*Fulcher, Fulcher, Hagler, Harper & Reed, E. D. Fulcher, A. Montague Miller*, for appellant.

*Hull, Towill & Norman, R. Lawton Jordan, Jr.*, for appellee.